EDMUND G. BROWN JR.
Attorney General of the State of California
ALICIA M. B. FOWLER, SBN. 151518
Senior Assistant Attorney General
MICHAEL E. WHITAKER, SBN. 154582
Supervising Deputy Attorney General
JUDITH R. SELIGMAN, SBN. No. 116202
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-6116
 Fax:  (213) 897-1071
 Email:  Judith.Seligman@doj.ca.gov

Attorneys for Defendants
California Department of Forestry & Fire Protection; Julio Quiroz, Gratian Bidart; Shelly Mitchell; Ken Craw and Stan Machado

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERMAINE ROQUEMORE, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF FORESTRY & FIRE PROTECTION, a California Government Agency; JULIO QUIROZ, an individual; GRATIAN BIDART, an individual; SHELLY MITCHELL, an individual; KEN CRAW, an individual; and STAN MACHADO, an individual; and DOES 1 through 100, inclusive,**<br><br>Defendant. | 1:08-CV-01944-AWI-DLB<br><br>**STIPULATION AND ORDER POSTPONING MANDATORY SCHEDULING CONFERENCE** |

The parties hereto, through their counsel of record, hereby stipulate to the following facts:

1.  Plaintiff filed this action on December 19, 2008.

2.  Plaintiff served a Summons of the Complaint upon all Defendants on January 27, 2009.  Defendants' response was due on February 17, 2009.

3. Pursuant to Local Rule 6-144, subdivision (a), the parties entered into a Stipulation extending Defendants' time to respond to the Complaint, to and including March 19, 2009.

4. The parties agree that by this Stipulation, they respectfully request the Court to continue the Mandatory Scheduling Conference from March 19, 2009 to May 27, 2009.

5. This Stipulation complies with the time limits mandated by Rule 16 of the Federal Rules of Civil Procedure in that the new date sought for the Mandatory Scheduling Conference does not exceed 120 days from the date on which the Complaint was served on Defendants.

Dated:  February 18, 2009

          Respectfully submitted,
          LAW OFFICES OF JOSEPH M. LOVRETOVICH


          By:  D. AARON BROCK
                Attorneys for Plaintiff, Jermaine Roquemore


          Respectfully submitted,
          EDMUND G. BROWN JR.
          Attorney General of the State of California
          ALICIA M. B. FOWLER
          Senior Assistant Attorney General
          MICHAEL E. WHITAKER
          Supervising Deputy Attorney General


          JUDITH R. SELIGMAN
          Deputy Attorney General
          Attorneys for Defendants California Department of Forestry and Fire Protection; Julio Quiroz; Gratian Bidart, Shelly Mitchell, Ken Craw and Stan Machado

ORDER

Pursuant to the Stipulation to Continue Mandatory Settlement Conference entered into by the parties, the Court hereby continues the Mandatory Scheduling Conference from March 19, 2009 to May 27, 2009 at 9:00 a.m. in Courtroom 9 before U.S. Magistrate Judge Dennis L. Beck.

IT IS SO ORDERED.

Dated:   February 24, 2009            /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE