EDMUND G. BROWN JR.
Attorney General of the State of California
ALICIA M. B. FOWLER
Senior Assistant Attorney General
MICHAEL E. WHITAKER
Supervising Deputy Attorney General
JUDITH R. SELIGMAN, State Bar No. 116202
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-6116
 Fax:  (213) 897-1071
 Email:  Judith.Seligman@doj.ca.gov

Attorneys for Defendants California Department of Forestry & Fire Protection, Julio Quiroz, Gratian Bidart, Shelly Mitchell, Ken Craw and Stan Machado

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERMAINE ROQUEMORE, an individual,**<br><br>                    Plaintiff,<br><br>         v.<br><br>**CALIFORNIA DEPARTMENT OF FORESTRY & FIRE PROTECTION, a California Government Agency; JULIO QUIROZ, an individual; GRATIAN BIDART, an individual; SHELLY MITCHELL, an individual; KEN CRAW, an individual; and STAN MACHADO, an individual; and DOES 1 through 100, inclusive,**<br><br>                    Defendant. | 1:08-CV-01944-AWI-DLB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Courtroom:  3<br>Judge:  Anthony W. Ishii |

The parties hereto, through their counsel of record, hereby stipulate that Defendants' time to respond to the Complaint in the above-entitled matter shall be extended to and including March 19, 2009.

This Stipulation complies with the time limit for extensions as provided in Local Rule 6-144, subdivision (a), and thus, does not need to be approved by the

1

1  Judge, but shall be filed with the Court.

2

3  Dated:  February        , 2009

4                    Respectfully submitted,

5                    LAW OFFICES OF JOSEPH M. LOVRETOVICH

6

7                    /S/ D. AARON BROCK

8                    By:

9                    D. Aaron Brock
                     Attorneys for Plaintiff, Jermaine Roquemore
10

11

12  Dated:  February  12, 2009

13                    Respectfully submitted,

14                    EDMUND G. BROWN JR.
                     Attorney General of the State of California
15                    ALICIA M. B. FOWLER
                     Senior Assistant Attorney General
16                    MICHAEL E. WHITAKER
17                    Supervising Deputy Attorney General

18

19                    /S/ JUDITH R. SELIGMAN

20
                     JUDITH R. SELIGMAN
21                    Deputy Attorney General
                     Attorneys for Defendants California Department of
22                    Forestry & Fire Protection, Julio Quiroz, Gratian
                     Bidart, Shelly Mitchell, Ken Craw and Stan Machado

23

24  IT IS SO ORDERED.

25
      Dated:    February 25, 2009            /s/ Dennis L. Beck
26                                      UNITED STATES MAGISTRATE JUDGE

27

28