# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAIN ROQUEMORE,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF FORESTRY & FIRE PROTECTION, a California Government Agency, JULIO QUIROZ, an individual, GRATIAN BIDART, an individual, SHELLY MITCHELL, an individual, KEN CRAW, an individual, STAN MACHADO, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants. | NO. 1:08-CV-01944-AWI-DLB<br><br>ORDER VACATING MAY 4, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Defendants' motion to dismiss has been set for hearing in this case on May 4, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 4, 2009, is VACATED, and the parties shall not appear at that time. As of April 16, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: April 22, 2009          /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE